An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTINE STRAMIELLO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JESSIE ELIZABETH WALSH,
DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63315

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for a writ of habeas corpus challenging the validity of the judgment of conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the validity of a judgment of conviction should be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724; NRS 34.738(1). Petitioner may then appeal to this court if the petition is denied by the district court. *See* NRAP 22 ("If an application [for an original writ of habeas corpus] is made to the district court and denied, the

_____

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

13-21618

proper remedy is by appeal . . . from the district court's order denying the writ."); NRS 34.575(1) (providing that "the appeal must be made within 30 days after service by the court of written notice of entry of the order or judgment"). A notice of appeal is filed with the clerk of the district court in the first instance. NRAP 3(a)(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Jessie Elizabeth Walsh, District Judge
      Christine Stramiello
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk